IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. DNCW5:93CV70 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| JESSE L. SHUMAKER and | ) | |
| DONNA C. SHUMAKER a/k/a | ) | |
| DONNA C. HOSKINS, a/k/a | ) | |
| DONNA K. CHUMLEY, | ) | |
| Defendants. | ) | |

**DISMISSAL OF WRIT OF EXECUTION**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Execution filed on April 4, 2012 (Docket No. 19) and Order filed on August 2, 2012 (Docket No. 22) in this case against Defendants, Jesse L. Shumaker and Donna C. Shumaker, a/k/a Donna C. Hoskins, a/k/a Donna K. Chumley, is DISMISSED.

Signed: April 10, 2013

Graham C. Mullen
United States District Judge