
FILED
CHARLOTTE, NC
MAY 17 2013
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JESSE L. SHUMAKER,<br>Defendant. | Civil Case No. DNCW5:93CV70<br>(Financial Litigation Unit) |

### ORDER APPROVING RENEWAL OF
### UNITED STATES' JUDGMENT LIEN

Based on the United States' Motion and good cause appearing therefore, the Court hereby APPROVES the renewal of the United States of America's judgment lien against Jesse L. Shumaker entered in this case on January 18, 1994 (Docket # 14) in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. §3201. The judgment lien is hereby renewed for twenty (20) years up to and including January 18, 2034.

This the 17th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE