

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DONNA C. SHUMAKER,<br>a/k/a DONNA C. HOSKINS,<br>a/k/a DONNA K. CHUMLEY,<br>Defendant. | Civil Case No. DNCW5:93CV70<br>(Financial Litigation Unit) |

ORDER APPROVING RENEWAL OF
UNITED STATES' JUDGMENT LIEN

Based on the United States' Motion and good cause appearing therefore, the Court hereby APPROVES the renewal of the United States of America's judgment lien against Donna C. Shumaker entered in this case on September 7, 1993 (Docket # 8) in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. §3201. The judgment lien is hereby renewed for twenty (20) years up to and including September 7, 2033.

This the 17 day of May, 2013.

UNITED STATES DISTRICT JUDGE